No. 01–1656. DAVIS v. MAGEE ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 01–1657. CRENSHAW v. HODGSON ET AL. C. A. 7th Cir. Certiorari denied.

No. 01–1659. DEVINE ET AL. v. INDIAN RIVER COUNTY SCHOOL BOARD. C. A. 11th Cir. Certiorari denied.

No. 01–1660. SANDERS v. ARKANSAS. Ct. App. Ark. Certiorari denied.

No. 01–1661. GORY v. DELAWARE ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–1662. GRID RADIO ET AL. v. FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 01–1663. FESSLER v. COLLINS ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–1664. DOE ET AL. v. THOMPSON, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–1665. COHEN, EXECUTOR OF THE ESTATE OF GINSBURG v. PAINEWEBBER, INC. C. A. 6th Cir. Certiorari denied.

No. 01–1667. VANCE v. UNION PLANTERS BANK, N. A. C. A. 5th Cir. Certiorari denied.

No. 01–1670. NEW JERSEY TRANSIT RAIL OPERATION, INC. v. NAST. Super. Ct. Pa. Certiorari denied.

No. 01–1671. YSLETA DEL SUR PUEBLO ET AL. v. TEXAS. C. A. 5th Cir. Certiorari denied.

No. 01–1672. BIEGELEISEN v. CITY OF ITHACA ET AL. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 01–1674. GOLDEN RAINBOW FREEDOM FUND v. ASHCROFT, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.